UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD W. ENGEL, JR., | Case No. 08-12854 |
| Plaintiff, | SENIOR UNITED STATES DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| COMMISSIONER OF SOCIAL SECURITY, | UNITED STATES MAGISTRATE JUDGE VIRGINIA M. MORGAN |
| Defendant. _____/ | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [26] AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [22]

On September 29, 2010, Magistrate Judge Morgan issued a Report and Recommendation [26] that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [22] should be granted. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act [22] is **GRANTED**.

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated: November 3, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 3, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager